IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD J. THOMPSON, III, | : |
| Plaintiff, | : |
| v. | : Civ. No. 22-044-CFC |
| CITY OF WILMINGTON (MUNICIPALITY), et al., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

At Wilmington this Eleventh day of July in 2022, having considered Plaintiff's request for counsel (D.I. 4);

IT IS ORDERED as follows:

1. Plaintiff Donald J. Thompson, III, filed this action on January 12, 2022. (D.I. 2) He proceeds *pro se* and sought leave to proceed *in forma pauperis*. (D.I. 1) The motion was denied on January 17, 2022, based upon Plaintiff's annual income. (D.I. 7) Plaintiff paid the filing fee on February 7, 2022.

2. Pursuant to 28 U.S.C. § 1915(e)(1), the court may request an attorney to represent any person unable to afford counsel. Section 1915(e)(1) confers the district court with the power to request that counsel represent a litigant who is proceeding *in forma pauperis*. Here, Plaintiff does not proceed *in forma pauperis* and the Court has determined that based upon his filings *in forma pauperis* status is not appropriate. Plaintiff does not qualify for counsel under § 1915. Therefore, the request is **DENIED**. (D.I. 4)

_____
Chief Judge